■ In the Matter of MFY LEGAL SERVICES, INC. v EDWARD R. DUDLEY et al. — Motion denied, insofar as it seeks reargument; and, insofar as it seeks leave to appeal to the Court of Appeals, motion granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Milonas, JJ.

■ In the Matter of BRUCE MARC ELLIOTT, an Attorney. — Cross petition for a stay denied and respondent is directed to show cause why a final order of suspension, censure or removal should not be made, and pending final determination of the petition, respondent is suspended from practice effective immediately and until the further order of this court. Concur — Murphy, P. J., Kupferman, Ross, Carro and Milonas, JJ.